Charles H. POPE, Plaintiff in Error, v. BIBB MANUFACTURING COMPANY, Defendant in Error.

Circuit Court of Appeals, Second Circuit. October 6, 1927.

No. 15.

In Error to the District Court of the United States for the Southern District of New York.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

Hendrick & Hendrick, of New York City (John H. Hendrick, of New York City, of counsel), for plaintiff in error.

Root, Clark, Buckner & Howland, of New York City (Grenville Clark, Cloyd La Porte, and Joseph Schreiber, all of New York City, of counsel), for defendant in error.

PER CURIAM. Judgment (22 F.[2d] 557) affirmed in open court.